UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22CR00260 JAR |
| ) | |
| DARRIUS WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation and Order of United States Magistrate Judge John M. Bodenhausen (ECF No. 72). On February 1, 2023, Defendant Washington filed a Motion to Suppress Evidence and Statements (ECF No. 26). An evidentiary hearing was held on August 11, 2023. Magistrate Judge Bodenhausen recommends the Court deny Defendant's Motion to Suppress Evidence and Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed a Report and Recommendation on November 9, 2023 (ECF No. 72). Defendant Washington filed objections to the Report and Recommendation and Order on November 24, 2023 (ECF No. 73), and the Government thereafter filed a Response in Opposition to Defendant's Objections on December 8, 2023 (ECF No. 75). The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Washington's objections are not persuasive.

1

The Magistrate Judge recommends that the Motion to Suppress Evidence and Statements be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation and Order of the United States Magistrate Judge [72] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence [26] is **DENIED.**

**IT IS FURTHER ORDERED** that this matter is scheduled for **Jury Trial** on **January 29, 2024 at 9:00 a.m.** in Courtroom 12 North.

Dated this 3rd day of January, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE